UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
\* \* \* \* \* \* \* \*

IN RE:  

DELLA I. HODGE,

  Debtor

        /

Case No. HK 12-08805
(Chapter 7 filed on 10/2/12)

HON.  JEFFREY R. HUGHES
Bankruptcy Judge

## MOTION TO COMPEL TURNOVER OF NON-EXEMPT ASSETS

Thomas C. Richardson, Trustee, requests an Order compelling turnover of non-exempt assets as follows:

1. He is a trustee in the Chapter 7 proceeding filed October 2, 2012.

2. Trustee believes there are the following non-exempt assets in this case:

| | |
|---|---|
| • Cash | $     50.00 |
| • Bank Account | $     16.56 |
| • Jewelry | $ 1,475.00 |
| • Whole Life Insurance | $    748.50 |
| • Life Insurance proceeds received within 180 days of petition | $ 7,208.84 |
| TOTAL: | $ 9,698.90 |

WHEREFORE, Thomas C. Richardson, Trustee requests an Order requiring the Debtor to turn over $9,698.90 within 30 days of entry of an Order approving said turnover and granting him such further relief as is appropriate.

Dated:  1/21/14

LEWIS, REED & ALLEN, P.C.

By:     /s/
  Thomas C. Richardson, Trustee  (P31750)
   Attorney for Trustee
P. O. Box 51067
Kalamazoo, MI 49005-1067
(269) 349-7415